**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Bassam Yassin Wazwaz,                          Civil No. 06-103 ADM/AJB

           Petitioner,

v.

                                                                          **ORDER**

R.L. Morrison,

           Respondent.

       Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated April 14, 2006, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that Bassam Yassin Wazwaz's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **granted**. [Docket No. 1]. The Bureau of Prisons shall conduct an individualized review of petitioner's CCC eligibility within 10 days of the date of this Order.

Dated:   April 28, 2006

                                                                s/Ann D. Montgomery

                                                                Ann D. Montgomery
                                                                United States District Court Judge